

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00308-CV

| | | |
|---|---|---|
| RAFAEL MOLINA, Appellant | § | On Appeal from the 96th District Court |
| v. | § | of Tarrant County (096-298864-18) |
| | § | September 26, 2019 |
| JESSICA BATTES-GRABOWSKI, JESSICA BATTES, Appellee | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

It is further ordered that Rafael Molina shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM